UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -1 AM 10:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. '08 MJ 0 9 8 5 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Jose OROZCO-Carrillo,** **AKA: Jimenez, Abraham Gaudencio** Defendant | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 31, 2008,** within the Southern District of California, defendant, **Jose OROZCO-Carrillo, AKA: Jimenez, Abraham Gaudencio** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF **APRIL 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose OROZCO-Carrillo**
**AKA: Jimenez, Abraham Gaudencio**

TKM

## PROBABLE CAUSE STATEMENT

On March 31, 2008, Border Patrol Agents were conducting plainclothes surveillance at a residence in San Diego, California, looking for a criminal illegal alien who had been previously deported from the United States. Agents Soto and Blas observed a man matching the physical description and likeness of defendant Jose OROZCO-Carrillo, exiting the residence and entering the driver side of a Silver GMC Yukon which was parked in front of the house. Agents Soto and Blas continued surveillance of the vehicle until it came to a stop just north of the intersection of 25th Street and Imperial Avenue in San Diego, California. Both Agents Soto and Blas approached vehicle and identified themselves to the defendant as United States Border Patrol Agents. Agents immediately recognized the defendant and questioned him as to his identity and immigration status. Agents asked if he had ever used the name of OROZCO-Carrillo, Jose. The defendant stated he has, and further admitted he had been deported under that name. Agents asked him about his citizenship and nationality. The defendant stated that he was born in San Luis Rio Colorado, Sonora, Mexico and did not possess any immigration documents that would allow him to remain in the United States legally. At approximately 11:30 A.M., the defendant was arrested and transported to the Chula Vista Border Patrol Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 26, 2000** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.