#41

**RICARDO M. GONZALEZ**
**Attorney at Law**
**State Bar No. 98993**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101-6036**
**Tel: (619) 238-9910**
**FAX: 238-9914**

Attorney for Defendant
Jorge Orozco-Carrillo

FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
JOSE OROZCO-CARRILLO,
Defendant(s).

Case No. 08MJ0985

**SUBSTITUTION OF ATTORNEY**

Defendant, Jose Orozco-Carrillo, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone (619) 238-9910, as Attorney of Record in place and stead of FEDERAL DEFENDERS OF SAN DIEGO, telephone no. (619) 234-8467.

DATED: 4-15-08

**JOSE OROZCO-CARRILLO**

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 4/15/08

**FEDERAL DEFENDERS OF SAN DIEGO**

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 4-15-08

**RICARDO M. GONZALEZ**

**ORDER**

IT IS SO ORDERED.

DATED: 4/15/08

**UNITED STATES MAGISTRATE JUDGE**