FILED
MAY 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>~~JOSE OROZCO-CARRILLO,~~<br>aka Abraham Gaudencio Jimenez,<br>Defendant. | Criminal Case No. 08CR1495-BEN<br>I N F O R M A T I O N<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

On or about March 31, 2008, within the Southern District of California, defendant JOSE OROZCO-CARRILLO being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, on June 20, 1986, in the United States

//

//

//

CPH:es:San Diego
4/11/08

District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

Charlotte E. Kaiser

CAROLINE P. HAN
Assistant U.S. Attorney