**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 JUN 11 PM 3:52
*This space for Clerk's Office File Stamp*
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Benitez
FROM: C Puttmann, Deputy Clerk RECEIVED DATE: 6/6/2008
CASE NO.: 08cr1495 BEN DOCUMENT FILED BY: Defendant
CASE TITLE: USA v. Jimenez
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Ex Parte Communication Not Permitted (Letters may be presented through attorney.) |

**Date forwarded:** 6/6/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Benitez

Dated: 6/10/08 By: RJN

cc: All Parties

Im h[illegible] one accurate copies of the following papers

**REJECTED**

Judge Benitez 24 April 2008

Two people met in 1962 in Hawaii in hischool fell in love and married after graduation in 1965 — We had three children 2 sons ages 42 + 40 and our baby girl is 37 (Abraham is 39)

For personal resons we do not wish to go into detail that may become public record — We were given legal custody of a young man age 14 — in 1974 after his father had passed away. We cared and love this son till he passed Sept 2007 at the age of 48 — we did not adopt him because he was the last male to carry his fathers name. It is unbelievable love you must have for God when he takes a child at any age — Abraham has helped us feel the pain.

We first talked to Abraham in Nov of 2005 he needed a home to rent and drug dealers had torn up our home we have had in our family since the early 50's on

2

Impericl Ave. I confited to Abraham that I lost my right hand in a childhood accident at the age of 11 and could not do the work myself. Abraham put his own money and time into "our" home. We agreed on 2/3 the rent money for 3 years — everyone was happy. In the 2½ years Abraham has always payed his rent in full on time!

We have a second home in Ca. — We live in Tacoma, Wa. We tryed to sell — a very long story short — we got down to $280,000 — then told we could only get $200,000 because even with us paying security + lawn care — drug dealers tore up the house and the city was condemingit — all this took 14 mos — we had been on the phone with Abraham talking about an idea he had — we asked if he could be our eyes and look at the home