UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

# NOTICE OF DOCUMENT DISCREPANCIES

TO: ❑ U. S. DISTRICT JUDGE / ❑ U. S. MAGISTRATE JUDGE Roger T Benitez
FROM: M. Marner, Deputy Clerk RECEIVED DATE: 6/7/08
CASE NO.: 08cr1495-BEN DOCUMENT FILED BY: ______
CASE TITLE: USA v Orozco-Carrillo
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ❑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ❑ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ❑ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ❑ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ❑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ❑ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ❑ | 7.1 | Missing table of contents |
| ❑ | 15.1 | Amended pleading not complete in itself |
| ❑ | 30.1 | Depositions not accepted absent a court order |
| ❑ | | Supplemental documents require court order |
| ❑ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER:Ex parte communication not allowed |

**Date forwarded:** 6/16/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

❑ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ❑ Yes. Court Copy retained by chambers ❑

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Benitez

Dated: 6/18/08 By: RJN

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

4 June 2008

Judge Benitez

I have written you about Jose Orozco Carrillo reg # 11636-198 how he got picked up by [illegible] on Imperial Ave, a letter of [illegible] and how much good he has done for us — we are going to adopt him to give him parents —

I have not heard from your office and I know you are very busy. I can send the copies to you if you have not received them —.

My husband & I lost a son in Sept and need to fill the void in our lives — no one will ever take our sons place — we have so much love for Jose — we know him as Abraham Jimenez he has his own business and is a hard worker. If we can do anything please let us know —

I am in closing a letter (note) Abraham